IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHERRY K. MILHOLLAND, M.Ed., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-0216 |
| ) | Judge Trauger |
| SUMNER COUNTY BOARD OF EDUCATION ) | |
| and BENNY C. BILLS, individually, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by the defendants is **GRANTED** with respect to the plaintiff's claim under the Americans with Disabilities Act, and the plaintiff's remaining state law claims are hereby **DISMISSED**.

It is so Ordered.

Entered this 8th day of April 2008.

_____
ALETA A. TRAUGER
United States District Judge